DESMARAIS LLP
John M. Desmarais (Bar No. 320875)
Ameet A. Modi (Bar No. 331660)
Peter C. Magic (Bar No. 278917)
101 California Street, Suite 3070
San Francisco, CA 94111
Telephone: (415) 573-1900
Facsimile: (415) 573-1901
jdesmarais@desmaraisllp.com
amodi@desmaraisllp.com
pmagic@desmaraisllp.com

DESMARAIS LLP
Joze Welsh (admitted *pro hac vice*)
Raymond N. Habbaz (admitted *pro hac vice*)
230 Park Avenue
New York, NY 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401
jwelsh@desmaraisllp.com
rhabbaz@desmaraisllp.com

*Attorneys for Plaintiff Apple Inc.*

HUDNELL LAW GROUP P.C.
Lewis E. Hudnell, III (CASBN 218736)
lewis@hudnelllaw.com
Nicolas S. Gikkas (CASBN 189452)
nick@hudnelllaw.com
800 W. El Camino Real Suite 180
Mountain View, California 94040
Telephone: 650.564.3698
Facsimile: 347.772.3034

*Attorneys for Defendant
VoIP-Pal.Com, Inc*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>VOIP-PAL.COM, INC.,<br><br>          Defendant. | Case No.  5:20-cv-2460-LHK<br><br>**JOINT SETTLEMENT STATUS REPORT** |

Plaintiff Apple Inc. and Defendant VoIP-Pal.Com, Inc. participated in a settlement conference with Hon. Virginia K. DeMarchi on April 19, 2021. The settlement conference did not result in a resolution of this lawsuit.

Dated: April 29, 2021

| */s/ Lewis E. Hudnell, III* | */s/ Raymond N. Habbaz* |
|---|---|
| Lewis E. Hudnell, III (CASBN 218736)<br>lewis@hudnelllaw.com<br>Nicolas S. Gikkas (CASBN 189452)<br>nick@hudnelllaw.com<br>HUDNELL LAW GROUP P.C.<br>800 W. El Camino Real Suite 180<br>Mountain View, California 94040<br>Telephone: 650.564.3698<br>Facsimile: 347.772.3034<br><br>*Attorneys for Defendant*<br>*VoIP-Pal.Com, Inc.* | John M. Desmarais (Bar No. 320875)<br>Ameet A. Modi (Bar No. 331660)<br>Peter C. Magic (Bar No. 278917)<br>DESMARAIS LLP<br>101 California Street, Suite 3070<br>San Francisco, CA 94111<br>Telephone: (415) 573-1900<br>Facsimile: (415) 573-1901<br>jdesmarais@desmaraisllp.com<br>amodi@desmaraisllp.com<br>pmagic@desmaraisllp.com<br><br>Joze Welsh (admitted *pro hac vice*)<br>Raymond N. Habbaz (admitted *pro hac vice*)<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>Telephone: (212) 351-3400<br>Facsimile: (212) 351-3401<br>jwelsh@desmaraisllp.com<br>rhabbaz@desmaraisllp.com<br><br>*Attorneys for Plaintiff Apple Inc.* |

**ATTORNEY ATTESTATION**

I hereby attest, pursuant to Civil Local Rule 5-1(i)(3), that the concurrence in the filing of this document has been obtained from the signatories indicated by the conformed signatures (/s).

>                   */s/  Raymond N. Habbaz*
>                   Raymond N. Habbaz