Lewis E. Hudnell, III (CASBN 218736)
lewis@hudnelllaw.com
Nicolas S. Gikkas (CASBN 189452)
nick@hudnelllaw.com
HUDNELL LAW GROUP P.C.
800 W. El Camino Real Suite 180
Mountain View, California 94040
Telephone: 650.564.3698
Facsimile: 347.772.3034

Attorneys for Defendant
VOIP-PAL.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TWITTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> VOIP-PAL.COM, INC., <br><br> Defendant. | Case No. 5:20-CV-02397-LHK <br><br> **DECLARATION OF LEWIS E. HUDNELL, III IN SUPPORT OF VOIP-PAL.COM, INC.'S CONSOLIDATED MOTION TO STRIKE PLAINTIFFS' CONSOLIDATED INVALIDITY CONTENTIONS** <br><br> Honorable Lucy H. Koh |
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> VOIP-PAL.COM, INC., <br><br> Defendant. | Case No. 5:20-CV-02460-LHK |

DECLARATION OF LEWIS E. HUDNELL, III ISO VOIP-PAL.COM, INC.'S CONSOLIDATED MOTION TO STRIKE
PLAINTIFFS' CONSOLIDATED INVALIDITY CONTENTIONS
Case Nos.: 5:20-CV-02397-LHK, 5:20-CV-02460-LHK, 5:20-CV-02995-LHK

1

|  |
|--|
| AT&T CORP., AT&T SERVICES, INC., AND AT&T MOBILITY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>VOIP-PAL.COM, INC.,<br><br>Defendant. |

Case No. 5:20-CV-02995-LHK

I, Lewis E. Hudnell, III, declare as follows:

1. I am the founding principal of Hudnell Law Group P.C., counsel for VoIP-Pal and I am admitted to the Bar of this Court. I have personal knowledge of the facts in this declaration, and if called as a witness, I could and would testify competently regarding those facts.

2. Attached as Exhibit 1 to my declaration is a true and correct copy of the cover pleading Plaintiffs' Patent Local Rule 3-3 and 3-4 Invalidity Contentions, marked "Confidential – Outside Counsel Only," served on May 26, 2021. I have highlighted the entries in Table 2 of Exhibit 1 that also appear in Exhibits 3-4.

3. Attached as Exhibit 2 to my declaration is a true and correct copy of Joint Invalidity Contentions of Apple Inc., and Amazon.com, Inc., and Amazon Technologies, Inc. (Case Nos. 5:18-cv-06216-LHK and 5:18-cv-07020-LHK), dated March 18, 2019.

4. Attached as Exhibit 3 to my declaration is a true and correct copy of Joint Invalidity Contentions of Twitter, Inc.; Verizon, AT&T Corp; and Apple Inc. (Case Nos. 5:18-cv-04523-LHK, 5:18-cv-06054-LHK, 5:18-cv-06177-LHK and 5:18-cv-06217), dated March 18, 2019.

5. On May 26, 2021, Plaintiffs provided links to documents with Bates numbers DEFCOMMON00000001-58530 as part of their Patent Local Rule 3-3 and 3-4 production.

I declare under penalty of perjury under the laws of the State of California and United States of America that foregoing statements are true and correct.

Dated this 17th of June, 2021.

                                                */s/ Lewis E. Hudnell, III*
                                                Lewis E. Hudnell, III