UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TWITTER, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VOIP-PAL.COM, INC,<br><br>Defendant. | Case No. 5:20-CV-02397-LHK<br><br>**[PROPOSED] ORDER GRANTING VOIP-PAL.COM, INC.'S CONSOLIDATED MOTION TO STRIKE PLAINTIFFS' CONSOLIDATED INVALIDITY CONTENTIONS** |
| APPLE INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>VOIP-PAL.COM, INC,<br><br>Defendant. | Case No. 5:20-CV-02460-LHK |
| AT&T CORP. et al.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VOIP-PAL.COM, INC,<br><br>Defendant. | Case No. 5:20-CV-02995-LHK |

[PROPOSED] ORDER GRANTING VOIP-PAL.COM, INC.'S CONSOLIDATED MOTION TO STRIKE
PLAINTIFFS' CONSOLIDATED INVALIDITY CONTENTIONS
5:20-cv-02397-LHK; 5:20-CV-02460-LHK, 5:20-CV-02995-LHK

1  This Court, having considered all briefing on VoIP-Pal.com, Inc.'s Consolidated Motion To
2  Strike Plaintiffs' Consolidated Invalidity Contentions, GRANTS the motion.
3  IT IS SO ORDERED.
4
5  Dated: _____
6                                                                    Honorable Lucy H. Koh
7                                                                    United States District Judge

[PROPOSED] ORDER GRANTING VOIP-PAL.COM, INC.'S CONSOLIDATED MOTION TO STRIKE
PLAINTIFFS' CONSOLIDATED INVALIDITY CONTENTIONS
5:20-cv-02397-LHK; 5:20-CV-02460-LHK, 5:20-CV-02995-LHK