United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> VOIP-PAL.COM, INC., <br><br> Defendant. | Case No. 20-CV-02460-LHK <br><br> **ORDER DENYING MOTION TO RELATE** <br><br> Re: Dkt. No. 88 |

The Court DENIES Apple's motion to relate the instant case to *Apple Inc. v. VoIP-Pal.com, Inc.*, No. 21-CV-05110-EMC (N.D. Cal. filed July 1, 2021).

**IT IS SO ORDERED.**

Dated: August 25, 2021

*Lucy H. Koh*
LUCY H. KOH
United States District Judge